

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00073-CR

| | | |
|---|---|---|
| WILLIAM BLAIR, Appellant | § | On Appeal from the 158th District Court |
| | § | of Denton County (F22-3554-158) |
| V. | § | January 11, 2024 |
| | § | Memorandum Opinion by Justice Bassel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there were clerical errors in the trial court's judgment. The first page of the judgment is modified as follows:

- We delete "In The County Criminal Court Number 5 Denton County, Texas" in the caption and replace it with "In The 158th District Court Denton County, Texas."

- We delete the phrase "County Criminal Court #5 - Sitting as a Felony Court" that follows the title of "Judgment of Conviction by Jury."

- We add "Sitting by Assignment" after "Judge Presiding:  Hon. Coby Waddill."

We modify the last page of the judgment under the judge's signature to delete "County Criminal Court #5" and replace that phrase with "Sitting by Assignment."

It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Dabney Bassel
          Justice Dabney Bassel